IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

PHYLLIS and GEORGE PETRONELLA, )
husband and wife,               )
                                )  No.
        Plaintiff,              )
                                )  COMPLAINT AND JURY DEMAND
        v.                      )
                                )
PALISADES COLLECTION, LLC, a    )
Delaware limited liability      )
company, MACHOL & JOHANNES,     )
PLLC, a Washington State pro-   )
fessional limited liability     )
company, ROGER RAHLFS and JANE  )
DOE RAHLFS, husband wife, and   )
the marital community composed  )
thereof,                        )
                                )
        Defendants.             )
_____ )

## JURISDICTION

1.   Jurisdiction of this Court arises under 28 U.S.C.§
1331 and 15 U.S.C. §1692k(d).

2.   This action arises out of the defendants' violation
of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et
seq.* (hereinafter the "FDCPA").

## VENUE

3.   Venue is proper in this Judicial District.

4.   The acts and transactions alleged herein occurred in
this Judicial District.

COMPLAINT AND JURY DEMAND - 1/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL sturde@openaccess.org

5.   Plaintiffs, Phyllis and George Petronella, ("Petron-ellas") reside in this Judicial District.

6.   Defendant, Palisades Collection, LLC, is a Delaware limited liability company ("Palisades") and transacts busi-ness in this Judicial District.  It apparently is owned by a company entitled Asta Funding, Inc., a Delaware corporation whose shares of stock are traded on the NASDAQ.

7.   Defendant Machol and Johannes, PLLC, is a Washington State professional limited liability company ("Machol").  It transacts business in this judicial district.

8.   Defendants Roger E. Rahlfs and Jane Doe Rahlfs are husband and wife, and a marital community under the laws of the state of Washington ("Rahlfs").  They reside in this ju-dicial district.  All acts described herein were done by and on behalf of the marital community.

**PARTIES**

11.   Plaintiffs Petronellas are natural persons.

12.   Petronellas reside near Blaine, Whatcom County, Washington.

13.   Plaintiffs are a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

14.   Defendant Palisades is a Delaware corporation oper-ating from 210 Sylvan Avenue, Englewood Cliffs, NJ.

COMPLAINT AND JURY DEMAND - 2/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

15. Palisades' registered agent in the state of Washington is CT Corporation System, 505 Union Avenue SE STE 120, Olympia, WA.

16. Palisades is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

17. Palisades is licensed as a collection agency by the state of Washington.

18. The principal purpose of Palisades is the collection of debts using the mails and telephone.

19. Palisades regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

20. Palisades regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another that arose out of transactions in which the money, property or services, which are the subject of the transactions, are primarily for personal, family or household purposes.

21. Machol is a Washington State professional limited liability company and is a law firm.

22. Machol's registered agent in the state of Washington is Roger Rahlfs, 150 Nickerson Street, Ste 204, Seattle, WA 98109.

23. Machol is a "debt collector" as that term is

COMPLAINT AND JURY DEMAND - 3/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL sturde@openaccess.org

defined by 15 U.S.C. § 1692a(6).

24. Machol is licensed as a collection agency by the state of Washington.

25. The principal purpose of Machol is the collection of debts using the mails and telephone.

26. Machol regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

27. Machol regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another that arose out of transactions in which the money, property or services, which are the subject of the transactions, are primarily for personal, family or household purposes.

28. Jacques Machol, III is apparently a member of the Colorado State Bar Association  He is not a member of the Washington State Bar Association.  His address is 9236 E. Vassar Avenue, Denver, CO.

29. Randall Johannes is apparently a member of the Colorado State Bar Association.  He is not a member of the Washington State Bar Association.  His address is 23818 Shoshone Trail, Lafayette, CO.

30. Machol hired Rahlfs, a Washington State attorney, to represent its clients in lawsuits in Washington State

COMPLAINT AND JURY DEMAND - 4/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

courts. Rahlfs' address is 150 Nickerson Street, Ste. 204, Seattle, WA.

31. The acts of Rahlfs as the attorney for Palisades were done by and on behalf of the marital community.

## FACTUAL ALLEGATIONS

32. The Account constitutes a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

33. The account was a credit card bill.

34. Palisades acted at all times mentioned herein through its employee(s) and attorneys.

35. Attached as Exhibit "A" is a true and correct copy of a purported Chase credit card bill supplied by Palisades to the Petronellas with a payment due date of October 5, 2009. The "New Balance" was $8,986.56.

36. Attached as Exhibit "B" is a true and correct copy of a letter dated October 5, 2010 from Palisades to the Pet-ronellas. It stated that the amount due as of October 5, 2010 was $9,296.13.

37. Attached as Exhibit "C" is a letter dated December 2, 2010 letter from Palisades to the Petronellas in care of their attorney, James Sturdevant. It states that as of December 2, 2010, the balance due on the account was $9,443.85.

38. Attached as Exhibit "D" is a January 31, 2011 let-

COMPLAINT AND JURY DEMAND - 5/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

ter from Palisades to the Petronellas in care of their attorney. It states that as of January 31, 2011, the Current Balance due was $9,597.26.

39. Attached as Exhibit "E" is a July 1, 2011 letter from Palisades to the Petronellas in care of their attorney. It states that as of July 1, 2011 the Current Balance due $9,862.18.

40. Attached as Exhibit "F" is a letter dated September 15, 2011 from Machol to Petronellas at their attorney's address. It states that the Current Balance Claimed Due is $12,534.48.

41. Attached as Exhibit "G" is a Complaint dated October 18, 2011 signed by Rahlfs which was served on Petronellas. It states that as of October 30, 2009, the balance due on the account was $10,233.26. It then asked for judgment in that amount plus interest and costs.

42. Attached as Exhibit "H" is a Motion for Order of Default and Judgment and Declaration of Default, Amount Due...dated July 30, 2012, signed by Rahlfs. It asked for judgment against defendants in the amount of $13,922.47 consisting of $10,233.26 as of October 30, 2009, plus interest from October 30, 2009 of $3,374.21, plus costs of $315.

43. Attached as Exhibit "I" is an Affidavit signed by Chela Wise, apparently on (?) 28, 2012. The amount due is

COMPLAINT AND JURY DEMAND - 6/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL  sturde@openaccess.org

$4,498.98.

44. All of the exhibits are incorporated herein by this reference as if fully set out herein.

45. There is enormous inconsistency in the amount that the defendants contend Petronellas owe. As a result, the Petronellas are unable to figure out how much the defendants contend they owe.

46. The Defendants' and their representative(s)', employee(s)' and/or agent(s)' statement(s) and action(s) constitute unfair or unconscionable means to collect or attempt to collect a debt and violate FDCPA 1692e preface, (2)(A) & (B) (e)(5) & (10), and 1692f preface and 1692f(1) and 1692g. The FDCPA is a "strict liability statute," and Plaintiff need only "show one violation of its provisions to be entitled to judgment in their favor." *Ellis v. Cohen & Slamowitz, LLP,* 701 F. Supp. 2d 215, 219 (N.D.N.Y. 2010).

47. As a consequence of the defendants' collection activities and communication(s), the plaintiffs are entitled to damages pursuant to FDCPA 1692k(a).

## RESPONDEAT SUPERIOR

48. The representative(s) and/or collector(s) and/or attorneys for the defendants were employee(s) of the defendants at all times mentioned herein.

49. The representative(s) and/or collector(s) and/or

COMPLAINT AND JURY DEMAND - 7/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.com

attorneys for the defendants were agent(s) of the defendants at all times mentioned herein.

50.   The representative(s) and/or collector(s) and/or attorneys for the defendants were acting within the course of their employment at all times mentioned herein under the direction, control and supervision of Palisades and Machol.

51.   The representative(s) and/or collector(s) and/or attorneys for the defendants were acting within the scope of their employment at all times mentioned herein as determined by Palisades and Machol.

52.   The representative(s) and/or collector(s) and/or attorneys for the defendants were under the direct supervision of the defendants at all times mentioned herein and under the direction, supervision and control of Palisades and Machol.

53.   The representative(s) and/or collector(s) and/or attorneys for the defendants were under the direct control of the defendants at all times mentioned herein under the direction, supervision and control of Palisades and Machol.

54.   The actions of the representative(s) and/or collector(s) and/or attorneys for the defendants are imputed to their employer, the defendants.

55.   As a direct and proximate result of the aforesaid actions, Plaintiffs seek damages pursuant to FDCPA 1692k(a).

COMPLAINT AND JURY DEMAND - 8/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360)671-2990
E-MAIL  sturde@openaccess.org

## COUNT I, FDCPA VIOLATION

56. The previous paragraphs are incorporated in this Count as if set forth in full.

57. The act(s) and omission(s) of the defendants in stating that different amounts are due at different times with no apparent rationale for the differences constitute a violation of 15 U.S.C. §§ 1692e preface, e(2)(A) & (B), e(5) & (10), 1692f preface, and 1692 1692(f)(1) and 1692g.

58. Pursuant to FDCPA § 1692k, Plaintiffs are entitled to damages, reasonable attorney's fees and costs.

## JURY TRIAL DEMAND

Plaintiffs are entitled to and hereby demand a trial by jury.

## PRAYER

**WHEREFORE,** Plaintiffs pray that the Court grants the following:

1. A finding that the defendants violated the FDCPA and/or an admission from the defendants that they violated the FDCPA.

2. Damages pursuant to 15 U.S.C. § 1692k(a).

3. Reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

COMPLAINT AND JURY DEMAND - 9/10

JAMES STURDEVANT
ATTORNEY AT LAW

BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

1

2     4.    Such other and further relief as the Court deems

3 just and proper.

4        DATED this 17th day of September 2012.

5

6                              _____
                              James Sturdevant  WSBA #8016
7                              Attorney for the Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 COMPLAINT AND JURY DEMAND - 10/10

JAMES STURDEVANT
ATTORNEY AT LAW
BELLINGHAM TOWERS #920
119 N. COMMERCIAL
BELLINGHAM, WASHINGTON 98225
(360) 671-2990
E-MAIL: sturde@openaccess.org

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 10/08/09 | $8,986.56 | $1,741.00 | $2,056.00 |

Account number: 5416 5709 9766 1037

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

54165709976610370020560000898656000000000000009

4069 8EX 239609 0
PHYLLIS PETRONELLA
8041 MAKAH RD
BLAINE WA 98230-9526

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆ 2790997661037 2⑈



## CHASE ◯

Statement Date:
08/14/09 - 09/13/09

Minimum Payment: $2,056.00
Payment Due Date: 10/08/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | | Account Number: 5416 5709 9766 1037 | |
|---|---|---|---|
| Previous Balance | $8,760.66 | Total Credit Line | $7,500 |
| Finance Charges | +$225.90 | Available Credit | $0 |
| New Balance | $8,986.56 | Cash Access Line | $1,500 |
| | | Available for Cash | $0 |

You haven't made the required payments and your credit card account is 150 days past due. You can still turn things around. Call us today at 1-888-792-7647 (collect 1-302-594-8200) so that we can find a solution for your situation.

Important Message: Over Credit Limit
Your statement balance exceeds your credit limit. You should make a payment that includes the overlimit amount and brings the balance under your limit.

| FINANCE CHARGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
| Purchases | V .08216% | 29.99% | $6,725.44 | $171.29 | $0.00 | $0.00 | $171.29 |
| Cash advances | V .08216% | 29.99% | $2,144.04 | $54.61 | $0.00 | $0.00 | $54.61 |
| Total finance charges | | | | | | | $225.90 |

Effective Annual Percentage Rate (APR):     29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

This Statement is a Facsimile - Not an original

# EXHIBIT No. A

800-414-8319   201-308-9370 (Fax)
...on the web or make a payment online by going to
www.paypalisades.com   PIN: 3365172125

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10 L-P03 A-19838618
#198386186#P192PB00407614 I07615
PETRONELLA,PHYLLIS
8041 MAKAH RD
BLAINE WA 98230-9526

PALISADES COLLECTION, L.L.C.
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

October 5, 2010

| Previous Creditor : CHASE | Account Number : 5416570997661037 | Debtor Id : 19838618 |
| --- | --- | --- |

✄   Detach Upper Portion And Return With Payment   ✄

| | |
| --- | --- |
| Debtor Id: | 19838618 |
| Original Creditor: | WASHINGTON MUTUAL |
| Previous Creditor: | CHASE |
| Current Creditor: | Palisades Collection, L.L.C. |
| Account Number: | 5416570997661037 |
| Total amount due as of October 5, 2010: | $9,296.13 |

Dear PETRONELLA,PHYLLIS,

Please contact our office upon receipt of this letter to discuss your account.

Thank you for your anticipated cooperation.

Very truly yours,

800-414-8319

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Bankruptcy Proceedings: We have not been notified that your debt is discharged or is part of a current bankruptcy proceeding. If it is, this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or trustee, as appropriate, and ask him or her to call 800-414-8319 to provide us with the case number and court where the proceeding was filed so that we can update our records.

EXHIBIT No. _B_

210 Sylvan Avenue   ◆   Englewood Cliffs   ◆   NJ 07632

866-230-8094    201-308-9370 (Fax)

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10 L-DR2 A-19838618
#198386186#P1BF1900400193 I00197
PETRONELLA,PHYLLIS
Care of: JAMES STURDEVANT
119 N COMMERCIAL STREET #920
BELLINGHAM WA 98225-4458

PALISADES COLLECTION, L.L.C.
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

| December 2, 2010 | Previous Creditor : CHASE | Account Number : 5416570997661037 | Debtor Id : 19838618 |
|---|---|---|---|

>< Detach Upper Portion For Mailing ><

Dear PETRONELLA,PHYLLIS:

We have received you request for verification of this debt. While we validate this debt, we have placed this account in a dispute status and have stopped all collection activity on your account. Meanwhile, the account information that we have file for this account is as follows:

| | |
|---|---|
| Original Creditor: | WASHINGTON MUTUAL |
| Previous Creditor: | CHASE |
| Current Creditor: | Palisades Collection, L.L.C. |
| Current Balance: | $9,443.85 |
| Account Number: | 5416570997661037 |
| SSN: | XXX-XX-1086 |
| Debtor #: | 19838618 |
| Charge-Off Date: | 10/30/2009 |
| Open Date: | 10/30/2006 |

Please contact us with any questions or corrections.

Very truly yours,

Palisades Collection, L.L.C.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Bankruptcy Proceedings: We have not been notified that your debt is discharged or is part of a current bankruptcy proceeding. If it is, this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or trustee, as appropriate, and ask him or her to call 866-230-8094 to provide us with the case number and court where the proceeding was filed so that we can update our records.

# EXHIBIT No. C



January 31, 2011
#BWNKBHZ
#1983861800319#
PETRONELLA, PHYLLIS
Care of: JAMES STURDEVANT
119 NORTH COMMERCIAL STREET #920
BELLINGHAM , WA  98225

Debtor Id Number: 19838618
Original Creditor: WASHINGTON MUTUAL
Previous Creditor: CHASE
Current Creditor: Palisades Collection, L.L.C.
Account Number: 5416570997661037
Current Balance: $9,597.26

For your convenience, you can pay online by going to www.paypalisades.com
PIN: 3365172125

Dear PETRONELLA, PHYLLIS:

We are in receipt of your request for validation of this debt.
Enclosed you will find the requested documentation.

Please contact the undersigned with any questions, concerns or to make
payment arrangements.

Very truly yours,

Andrew
Dispute Department

This correspondence is from a debt collector attempting to collect
a debt. Any information obtained will be used for that purpose.

If you have recently filed a bankruptcy proceeding, please be aware that
this letter is for informational purposes only. Please forward a copy of
this letter to your counsel and/or the trustee, as appropriate, and refer
them to a Palisades Collection, L.L.C. customer service representative at
1-866-230-8094

# EXHIBIT No. _D_

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

Office hours : M-F 9am-5:30pm
866-230-8094 . 201-308-9370 (Fax)
For your convenience, you can pay online by going to
www.paypalisades.com   PIN: 3365172125

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10  L-PST A-19838618
#198386186#P1KVIF00200890 I00891
PETRONELLA,PHYLLIS
Care of: JAMES STURDEVANT
119 N COMMERCIAL STREET #920
BELLINGHAM WA 98225-4458

PALISADES COLLECTION, L.L.C.
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

July 1, 2011

| Previous Creditor :<br>CHASE | Account Number :<br>5416570997661037 | Debtor Id :<br>19838618 |
| --- | --- | --- |

✂  Detach Upper Portion And Return With Payment  ✂

Debtor Id:            19838618
Original Creditor:    WASHINGTON MUTUAL
Previous Creditor:    CHASE
Current Creditor:     Palisades Collection, L.L.C.
Account Number:       5416570997661037
Current Balance:      $9,862.18

NOTICE: PLEASE RETURN UPPER PORTION FOR PROPER CREDIT

## STATEMENT OF ACCOUNT

STATEMENT DATE: July 1, 2011

Last Payment Amount: $0
Last Payment Date:

Please send payment in full or call 866-230-8094 to make payment arrangements. Otherwise, collection efforts may continue.

Very truly yours,

866-230-8094

P.S. If you are remitting funds via Federal Express, our address is : **210 Sylvan Ave., Englewood Cliffs, NJ 07632**

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Bankruptcy Proceedings: We have not been notified that your debt is discharged or is part of a current bankruptcy proceeding. If it is, this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or trustee, as appropriate, and ask him or her to call 866-230-8094 to provide us with the case number and court where the proceeding was filed so that we can update our records.

# EXHIBIT No. _E_

210 Sylvan Avenue   ◆   Englewood Cliffs   ◆   NJ 07632

# MACHOL·JOHANNES LLC

717 17th St, Ste 2300
Denver CO 80202-3317

ADDRESS SERVICE REQUESTED

303.830.0075 | 866.729.3328 Ext. 613 | Fax 303.830.0047
Jacques Machol, III ◊ Randall Johannes ◊ Jacques Machol, Jr. ◊
James Kaplan ◊ Arianne Gronowski ◊ Simona Clark ◊ Roger Rahlfs ✳
◊ Licensed in CO   ✳ Licensed in WA

| Date | Our File Number |
|------|-----------------|
| 9/15/11 | 30004337 |

Machol & Johannes, LLC
717 17th St, Ste 2300
Denver CO 80202-3317

9/15/11  30004337-DN1     624210160

Phyllis Petronella
119 N Commercial St Ste 920
Bellingham WA 98225-4458



SEP 1 3 2011

Claim of: Palisades Collection, LLC

Original Creditor Acct. No.:   XXXXXXXXXXXX1037
Current Balance Claimed Due: $12,534.48

Dear Phyllis Petronella:

Please be advised that this law firm has been retained by Palisades Collection, LLC for resolution of the above listed account. According to our client, you have an outstanding account, in the amount shown above, owing to Palisades Collection, LLC. If applicable, your account balance may be periodically increased due to the addition of accrued interest or other charges, as provided in your agreement with your creditor or as otherwise provided by law.

Payment relating to this account may be made by a cashier's check, money order or personal check made payable to Palisades Collection, LLC, referencing account number XXXXXXXXXXXX1037. If you prefer to make payment by credit card, you may do so by calling us toll free at (866) 729-3328.

**You are hereby advised: Unless you, the consumer, notify this office within thirty days (30) days after your receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this office. If you, the consumer, notify this office in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within thirty (30) days after your receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking action authorized by law to collect the debt.**

**If you, the consumer, notify us by mail of any of the matters specified above, such notification shall be complete upon our receipt of your mailed notification.**

## FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTP://WWW.COLORADOATTORNEYGENERAL.GOV/CA

Although we are a law firm, lawyers may also be debt collectors, and we are operating only as a debt collector regarding this account at this time. We have made no determination that a lawsuit may be initiated to collect this account. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Attorneys in this firm are licensed only in Colorado and Washington and we do not sue in any other states. Moreover, because we have made no determination that a lawsuit may be initiated to collect this account, this letter should not be construed as a threat of suit by our client, as no such decision has been made by our client.

This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.

MACHOL & JOHANNES, LLC
866/729-3328  Ext. 613

Colorado Office: 717 17th Street, Ste 2300, Denver, CO 80202
Washington Office: 150 Nickerson St, Ste 204, Seattle, WA 98109

RCLMACHO-DN1

# EXHIBIT No. F

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR THE
COUNTY OF WHATCOM

| | |
|---|---|
| PALISADES COLLECTION, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>PHYLLIS PETRONELLA and JOHN DOE PETRONELLA, and the marital community comprised thereof,<br><br>       Defendant. | NO.<br><br>COMPLAINT FOR MONEY DUE ON CREDIT ACCOUNT |

The Plaintiff, as purchaser or assignee of WASHINGTON MUTUAL, or any other assignee that may have or have had any interest in the Defendant's credit account or any interest in any obligation relating to such credit account, alleges:

1. The Plaintiff is duly qualified to bring this action.

2. That the Defendants named above reside within the jurisdiction of this Court.

3. That Defendants are indebted to the Plaintiff for, and are in default of his/her promise to repay for, extensions of credit obtained upon opening and using the aforesaid credit account for the purchase of merchandise or services from WASHINGTON MUTUAL.

4. By using said account, the Defendants became bound to the duties and obligations as set forth in the printed terms and conditions of the account.

5. That although demand for payment has been made, payment has not been forthcoming, and there is now due and owing the sum of $10,233.26 as of October 30, 2009 plus additional interest from that date pursuant to the terms and conditions of the credit account.

COMPLAINT - 1

Machol & Johannes, LLC
150 Nickerson St. Ste 204
Seattle, Washington 98109



EXHIBIT No. 6

WHEREFORE, the Plaintiff prays for Judgment against the Defendants, PHYLLIS

PETRONELLA and JOHN DOE PETRONELLA, and the marital community comprised thereof,

in the sum of $10,233.26 plus interest, and costs of this action, plus any other relief deemed

equitable and just by the court.

Dated: October 18, 2011

Roger E. Rahlfs #6035
Attorney for Plaintiff
Our File No.: 30004337

This firm is a debt collector. We are attempting to collect a debt
and any information obtained will be used for that purpose.

Machol & Johannes, LLC
150 Nickerson St. Ste 204
Seattle, Washington 98109

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR THE
COUNTY OF WHATCOM

| | |
|---|---|
| PALISADES COLLECTION, LLC,<br>    Plaintiff,<br><br>vs.<br><br>PHYLLIS PETRONELLA and JOHN DOE PETRONELLA,<br>and the marital community comprised thereof,<br>    Defendant. | NO. 12 2 01926 2<br><br>MOTION FOR ORDER OF<br>DEFAULT AND JUDGMENT<br>and<br>DECLARATION OF DEFAULT,<br>AMOUNT DUE, AND MILITARY<br>MEMBERSHIP PER SHB 2173<br>AND RCWA |

## RELIEF REQUESTED

The Plaintiff moves the Court for an Order declaring that the Defendant, PHYLLIS
PETRONELLA and JOHN DOE PETRONELLA, WTNI GEORGE PETRONELLA, and the marital
community comprised thereof, be in default herein and an order granting judgment against the Defendant
in the amount of $13,922.47, which amount is made up of $10,233.26 and interest of $.00 as of October
30, 2009, plus additional interest from October 30, 2009 in the amount of $3,374.21 plus court costs of
$315.00 and attorney fees are not requested.

## STATEMENT OF FACTS

The basis for venue, pursuant to CR 55(a) 4; is the fact that the Defendant resides within the
jurisdiction of this Court. That service of the Summons and Complaint was accomplished. The Affidavit
of Service is on file herein, or attached, or both. Since the date of service Defendant has appeared,
Defendant has failed to serve or file any Answer or other pleading in this action, and more than 20 days
have elapsed since the date of service, and the default against said Defendant should now be entered
pursuant to Rule 4 of the Superior Court Rules. Verification of the amount owed is set forth in the below
Declaration.



EXHIBIT No. _H_

MOTION FOR DEFAULT - 1



Machol & Johannes, LLC
150 Nickerson St. Ste 204
Seattle, Washington 98109
206/547-5050

STATEMENT OF ISSUES

Is the Plaintiff entitled to entry of an Order of Default?

EVIDENCE RELIED UPON

The records and files herein, including the Affidavit of Service.

AUTHORITY

Civil Rule 55.

PROPOSED ORDER

A proposed Order accompanies the working copy of this Motion.

Dated: July 30, 2012

[ ] Roger E. Rahlfs WSBA# 6035
[ ] Richard D. Drowley WSBA# 40161
Attorney for Plaintiff
Our File No.: 30004337

DECLARATION

The undersigned, with personal knowledge, and under the penalty of perjury under the laws of the State of Washington declares:

That I am the attorney for the Plaintiff and would incorporate the above statements set forth in the Motion herein as true and correct.

Attached hereto or filed herein is an Affidavit or Declaration which establishes the total balance owing the Plaintiff by the Defendant of $10,233.26 as of October 30, 2009. That amount is comprised of $10,233.26 plus interest of $.00. Additional interest has accrued at 12% from October 30, 2009 and the total interest due for the purposes of this motion is $3,374.21.

A copy of the Affidavit of Service is attached in the amount of $75.00 for the process fee requested plus a $240.00 filing fee .

No attorney's fees are requested.

The true name of the John/Jane Doe named above and served in the affidavit of service is GEORGE PETRONELLA. This is confirmed by the process servers inquiry and investigation.

DECLARATION RE: MILITARY MEMBERSHIP

To the best of my knowledge, after investigation, the Defendant is neither an active

MOTION FOR DEFAULT - 2

Machol & Johannes, LLC
150 Nickerson St. Ste 204
Seattle, Washington 98109
206 547-5050

AFFIDAVIT

State of Virginia
City of Norfolk ss.

I, the undersigned, _____ Chela Wise _____, custodian of records, for Portfolio Recovery Associates, LLC
hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 140 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Account Assignee and those records transferred to Account Assignee from CAPITAL ONE BANK, N.A. ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on 4/19/2010. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from MARY ANDERSON ("Debtor and Co-Debtor") to the Account Seller the sum of $4,498.98 with the respect to account number ending in 4754 as of the date of 3/22/2010 with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of $4,498.98 as due and owing as of the date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

_____

By: _____ Chela Wise _____

Subscribed and sworn to before me on _____ Jun 28, 2022 _____

_____
Notary Public

Samaria Angela Braswell
Commonwealth of Virginia
Notary Public
Commission No. 7506732
My Commission Expires 11/30/2015



50246339

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

EXHIBIT No. 1